PAMELA TSAO (SBN 266734)
ASCENSION LAW GROUP
2030 E. 4th Street
Suite 205
Santa Ana, CA 92705
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff JOHN HO

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HO, an individual | Case No.: 8:16-cv-629-DOC-JCG |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| SSK INVESTMENT, LLC, a California limited liability company | |
| Defendant. | [Hon David O. Carter *presiding*] |

|  |  |
|---|---|
| 1 | |
| 2 | On September 14, 2016 the Court entered an order granting plaintiff John Ho's ("Plaintiff") Application for Default Judgment titled "Motion for Default Judgment" ("Application") against SSK INVESTMENT, LLC, a California limited liability company ("Defendant").  Consequently, |

On September 14, 2016 the Court entered an order granting plaintiff John Ho's ("Plaintiff") Application for Default Judgment titled "Motion for Default Judgment" ("Application") against SSK INVESTMENT, LLC, a California limited liability company ("Defendant").  Consequently,

IT IS ORDERED AND ADJUDGED

Judgment shall be entered for Plaintiff and against Defendant in the amount of $9,465.08.

Defendant is enjoined to install an accessible parking space compliant with the Americans with Disabilities Act Accessibility Guidelines, including but not limited to installing a fully compliant access aisle;

That the action be, and is hereby dismissed.

DATED: October 11, 2016

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE